March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ELOUISA PIMENTAL, et al.,
                  Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-**CR**-451 ( JGK ) (      )

Defendant __Jose De La Cruz__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

XX  Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_Ezra Spilke_ by verbal consent on the record and hereby through counsel        _Ezra Spilke_
Defendant's Signature                                                            Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jose De La Cruz                                     Ezra Spilke
Print Defendant's Name                              Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

10/14/21                                            _[signature]_
Date                                                U.S. District Judge/~~U.S. Magistrate Judge~~