```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:21-CR-00451-RA-2
    -against-                        :   ORDER
                                     :
Jose De La Cruz                      :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's travel documents be returned to him in consideration of the dismissal of his case.

Dated: November 30, 2023
New York, New York

                                              SO ORDERED:

                                              _____
                                              Ronnie Abrams
                                              United States District Judge